# Court of Appeals
# of the State of Georgia

ATLANTA, March 28, 2017

*The Court of Appeals hereby passes the following order:*

**A17D0352. OCIE O. FOWLER v. DANIEL R. WEST.**

On February 14, 2017, the trial court entered an order denying various motions filed by Ocie Fowler, including a motion to dismiss or set aside an order reinstating a case filed against Fowler by Daniel West. Fowler filed both an application for interlocutory appeal and an application for discretionary appeal from the court's order, raising the same arguments. Because the case remains pending below, the order Fowler seeks to appeal is not a final order and Fowler was required to comply with the interlocutory appeal procedures of OCGA § 5-6-34 (b), which he did in Case No. A17I0169. Accordingly, this discretionary application is hereby DISMISSED as duplicative.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  03/28/2017*
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*